IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HIBBETT SPORTING GOODS INC.                               PLAINTIFF

v.                        No. 4:12-cv-20-DPM

MILITARY CAPITAL VENTURE LLC                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

18 October 2013