IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HIBBETT SPORTING GOODS INC.                                    PLAINTIFF

v.                              No. 4:12-cv-20-DPM

MILITARY CAPITAL VENTURE LLC                                   DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

18 October 2013